UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| AREDIA and ZOMETA PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | NO. 3-06-MD-1760 |
| | ) | JUDGE CAMPBELL |
| This Document Relates To Cases: | ) | |
| | ) | |
| 3:07-00235 (Heape) | ) | 3:07-00662 (Greenberg, et al.) |
| 3:07-00281 (Pallante) | ) | 3:09-00427 (Baer) |

## SUGGESTION OF REMAND

In light of the parties' Joint Notice to Court Regarding Remand Dates (Docket No. 7379), and pursuant to 28 U.S.C. § 1407 and the Rules for Multidistrict Litigation promulgated thereunder, specifically Rule 7.6(c)(ii), the Court suggests that the above-captioned actions be remanded to the transferor district courts.

For the reasons stated in the Court's prior ruling on Plaintiffs' Motion for Suggestion of Remand (Docket Nos. 4153-54), which was approved by the U.S. Judicial Panel on Multidistrict Litigation (Docket No. 4395), the Court finds that the purposes of the MDL have been accomplished in these cases[1]. The transferor courts may refer to this Court's Order Summarizing MDL 1760 Proceedings Upon Suggestion of Remand (Docket No. 4695). The Clerk is directed to serve a copy of this Suggestion of Remand upon the Clerk of the MDL Panel.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

---

[1] As stated in its August 1, 2012 Order, the Court is convinced that the bellwether process in this MDL litigation is no longer helpful. The Court has ordered that all MDL cases should be remanded hereafter before *Daubert* and dispositive motions are filed to avoid wasteful and duplicate briefing.